# EXHIBIT 2

*FROM THE OFFICE OF THE*
**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*

**CLAUDE F. LEFEBVRE**
**CHRISTOPHER M. LEFEBVRE, P.C.**

*ATTORNEYS & COUNSELORS AT LAW*

August 15, 2007

Washington Mutual Bank
San Antonio CLPC-Retail CO 02
Attn: Trisha Best
20855 Stone Oak Pkwy, Bldg B
San Antonio, TX 78258-7429

**Re: Notice of Rescission by Russell K. Weisman of 154-156 Winter Street, Woonsocket, RI 02859** (a.k.a. 154-156 Winter Street, Pascoag, RI)**; Loan Number: 0712749324; Closing Date: 09/15/2006**

To Whom It May Concern:

I represent Russell K. Weisman concerning the mortgage loan transaction he entered into with First NLC Financial Services, LLC on September 15, 2006. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Weisman was given incomplete and therefore, defective notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.23.

The security interest held by First NLC Financial Services LLC on the Weisman's property located at 154-156 Winter Street, Woonsocket, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Russell K. Weisman**
**By his Attorney,**

Christopher M Lefebvre

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
cc: Russell K. Weisman