AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

v.

CASE NUMBER: 07-385

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weissman

I certify that I am admitted to practice in this court.

03/26/08
*Date*

*Signature*

Clovis C. Gregor 7545
*Print Name* *Bar Number*

2 Dexter St.
*Address*

Pawtucket, RI 02860
*City* *State* *Zip Code*

728-6060
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.