UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RUSSELL K. WEISMAN

v. CA NO. 07-385ML

WASHINGTON MUTUAL BANK

PRETRIAL ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that all discovery will be completed by **June 26, 2008**. Plaintiff shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by ________________. Defendant shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by________________. Dispositive motions shall be filed by **July 10, 2008.** .

Counsel shall file **electronically**, 30 days after a decision on any dispositive motion, or, if no dispositive motions are filed, by **July 28, 2008** a memorandum which shall contain the following information:

1\. (a) Plaintiff will set forth what is expected to be proven in support of the claim.

1\. (b) Defendant will set forth what is expected to be proven in defense.

2\. A memorandum of supporting law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations will be fully briefed.

3\. A statement as to probable length of trial.

At least **10 days** before jury selection, or, in the case of a matter to be tried without a jury, **10 days** before trial is to begin, counsel shall submit to the court in **conventional form (paper)** the following:

1\. A list of all witnesses expected to testify with a brief summary of each witness's testimony and a statement as to whether that witness will testify as an expert.

2. A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All exhibits will be pre-marked by the plaintiff in numerical order and by the defendant in alphabetical order.

3. If the case is to be tried before a jury, full and complete proposed jury instructions.

Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal, default, or exclusion of evidence.

After 10 days from the close of discovery, no motions shall be filed except by leave of the undersigned; the case is subject to being called for trial on 48-hour notice, unless otherwise ordered by the undersigned.

Every effort should be made to settle the case before jurors are summoned for impanelment. **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than 7 days before the scheduled impanelment date.** Jury costs and/or counsel fees may be assessed against one or more of the parties and/or their counsel if the court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 26, 2008

Entered as an Order of this Court on March 27, 2008.

Barbara Barletta
Deputy Clerk