**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RUSSELL K. WEISMAN** | : | |
| **Plaintiff,** | : | **C.A. NO. 07-385ML** |
| | : | |
| **VS.** | : | |
| | : | |
| **WASHINGTON MUTUAL BANK, FA** | : | |
| **Defendant** | : | |

## DISMISSAL STIPULATION

Pursuant to Fed. Rule of Civil Procedure, Rule 41(a)(1), the above entitled matter is hereby dismissed with prejudice.

Presented By
Attorney for the Plaintiff,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO#629056
chris@lefebvrelaw.com

Attorney for the Defendant,

/s/Thomas J. Enright, Esq.
Partridge Snow & Hahn, LLP
2364 Post Road, Suite 100
Warwick, RI 02886
(401) 681-1900
(401) 681-1910
tje@psh.com

## CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 14, 2008

Dated: August 14, 2008

/s/Christopher M. Lefebvre